# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158975

*In re* ANTWINE.

_____

DENNIS DAVID ANTWINE,
      Plaintiff-Appellant,

v

BRANCH CIRCUIT JUDGE,
      Defendant-Appellee.

SC: 158975
COA: 345176

_____/

      On order of the Court, the application for leave to appeal the December 28, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



Clerk

a1021